# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARIE JACKSON-RANDOLPH,

    Petitioner,

vs.

UNITED STATES OF AMERICA

    Respondent.

_____/

CIVIL NO. 07-10659
CRIMINAL NO. 96-80932
HON. LAWRENCE P. ZATKOFF

## OPINION AND ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

On October 13, 2006, Petitioner, an inmate in the custody of the Federal Bureau of Prisons, filed a motion for discharge from custody pursuant to 28 U.S.C. § 2255. This matter is currently before the Court on Magistrate Judge Morgan's Report and Recommendation of August 28, 2007, in which the Magistrate Judge recommends that Petitioner's Motion for Discharge from Custody be denied.

Having presided over Petitioner's trial and being familiar with the details of the case; and after a thorough review of the court file, Petitioner's motion, and the Report and Recommendation; and noting that no timely objections have been filed, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

Therefore, IT IS HEREBY ORDERED that Petitioner's Motion for Discharge from Custody is DENIED.

IT IS SO ORDERED.

                                      s/Lawrence P. Zatkoff
                                      LAWRENCE P. ZATKOFF
                                      UNITED STATES DISTRICT JUDGE

Dated: September 19, 2007

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on September 19, 2007.

                                                         s/Marie E. Verlinde
                                                       Case Manager
                                                       (810) 984-3290